**OFFICES OF**



| | | |
|---|---|---|
| **DOUGLAS F. GANSLER**<br>ATTORNEY GENERAL | | **VALERIE J. SMITH**<br>PRINCIPAL COUNSEL |
| **KATHERINE WINFREE**<br>CHIEF DEPUTY ATTORNEY GENERAL | | **SANDRA E. CLIFFORD**<br>DEPUTY COUNSEL |
| **JOHN B. HOWARD, JR.**<br>DEPUTY ATTORNEY GENERAL | **THE ATTORNEY GENERAL**<br>Maryland Transportation Authority<br>2310 Broening Highway<br>Suite 150<br>Baltimore, Maryland 21224-6673<br>410.537.1008<br>FAX 410.537.1009 | **M. CECILIA HELLRUNG**<br>**KAREN P. MOODY**<br>**GLENN T. MARROW**<br>ASSISTANT ATTORNEYS GENERAL |

April 13, 2009

Hon Felicia Cannon
Clerk of the Court
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    *Steve Williamson v. Officer David Grant, et al.,* Civil Action No.
            CCB-07-CV-1147 (D. Md.)

Dear Ms. Cannon,

    Please replace the Memorandum of Law in Support of Defendants' Motion to Dismiss, or in the Alternative Motion for Summary Judgment (Paper No. 46) with the enclosed corrected version. There are no substantive changes to Defendants' Memorandum of Law.

                                          Very truly yours,


                                          Glenn T. Marrow
                                          Assistant Attorney General


    cc:    Hon. Catherine C. Blake w/o enclosures
           Jeanette Henry, Esq. w/o enclosures