IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |  |
|---|---|---|
| STEVE WILLIAMSON | : | |
| | : | |
| v. | : | |
| | : | Civil Action No. CCB-07-1147 |
| OFFICER DAVID GRANT, et al. | : | |

...o0o...

## MEMORANDUM & ORDER

Now pending before the court is a motion to alter or amend judgment, filed by plaintiff Steve Williamson. Mr. Williamson claims that, although this court dismissed his state law claims without prejudice, the state's three-year statute of limitations for bringing these claims has now expired. He thus requests that this court amend its June 9, 2009 Order to transfer his case to the appropriate state Circuit Court in order to allow him to pursue his state law claims.

Because Mr. Williamson's case came before this court as an original complaint filed in federal court, and not after removal from state court, this court lacks jurisdiction to transfer it to state court. *See* 28 U.S.C. § 1404 (delineating federal district courts' jurisdiction with respect to transfers); *see also* 28 U.S.C. § 1441 (discussing removal from state courts).

Regarding Mr. Williamson's claim that the state statute of limitations has expired, 28 U.S.C. § 1367(d) tolls the relevant state statute of limitations during the pendency of a federal proceeding and allows a party thirty days to file its state law claims in state court after those claims have been dismissed in federal court. Accordingly, the court urges Mr. Williamson to promptly consider the application of § 1367(d) to this case. So Ordered.

|  |  |
|---|---|
|   July  6, 2009   | /s/ |
| Date | Catherine C. Blake |
| | United States District Judge |